UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BAYER CROPSCIENCE LP and MONSANTO TECHNOLOGY LLC, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>MICHAEL J. HODEL d/b/a )<br>MIKE HODEL, )<br>)<br>Defendant. ) | No. 4:23-cv-00084-JAR |

## JUDGMENT

In accordance with the Memorandum and Order entered this day and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that summary judgment is entered in favor of Plaintiffs Bayer CropScience LP and Monsanto Technology LLC and against Defendant Michael Hodel.  Defendant is liable for infringing Plaintiffs' '945 and '729 patents and for breaching the parties' Technology Stewardship Agreements for 2020, 2021, and 2022. Judgment is entered for Plaintiffs and against Defendant in the amount of $603,965 in liquidated damages, and Defendant is permanently enjoined from (1) making, using, saving, planting, selling, offering to sell, importing, or otherwise transferring any soybean or other seed containing Plaintiffs' patented biotechnologies without express written permission and (2) applying unapproved formulations of dicamba-based herbicides to Xtend crops.

Dated this 18th day of December 2024.

_John A. Ross_
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE