UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BAYER CROPSCIENCE LP and MONSANTO TECHNOLOGY LLC, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) No. 4:23-cv-00084-JAR |
| MICHAEL J. HODEL d/b/a MIKE HODEL, | ) ) ) |
| Defendant. | ) ) |

**AMENDED FINAL JUDGMENT**

In accordance with the Memorandum and Order entered December 18, 2024 (Doc. 45), and the Court's subsequent order granting Plaintiffs' unopposed motion to amend (Doc. 53-55),

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that summary judgment is entered in favor of Plaintiffs Bayer CropScience LP and Monsanto Technology LLC and against Defendant Michael Hodel.

Defendant is liable for knowingly and willfully infringing Plaintiffs' '945 and '729 patents and for breaching the parties' Technology Stewardship Agreements for 2020, 2021, and 2022.

Judgment is entered for Plaintiffs and against Defendant in the amount of $ 603,965 in liquidated damages, and Defendant is permanently enjoined from (1) making, using, saving, planting, selling, offering to sell, importing, or otherwise transferring any soybean or other seed containing Plaintiffs' patented biotechnologies without express written permission and (2) applying unapproved formulations of dicamba-based herbicides to Xtend crops.

Plaintiffs are entitled to their reasonable attorney fees under the Technology Stewardship Agreements and 35 U.S.C. § 285.

Dated April 18, 2025.

　　　　　　　　　　　　　　　　　　　*John A. Ross*
　　　　　　　　　　　　　　　　　　　JOHN A. ROSS
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE